# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 30, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160428(50)

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

ERNEST REGINALD-FREDRICK WALTON,
　　　　Defendant-Appellant.
_____/

SC: 160428
COA: 343148
Kent CC:　17-005830-FH

　　　　On order of the Chief Justice, the motion of defendant-appellant to file a pro per supplement to his application for leave to appeal is GRANTED.　The supplement submitted on October 24, 2019, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 30, 2019



Clerk